IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

| KENNETH T. LYNCH, | ) | |
|---|---|---|
| | ) | LAW NO. |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PETITION AT LAW AND** |
| | ) | **JURY DEMAND** |
| GREAT AMERICAN SPIRIT INSURANCE COMPANY d/b/a GREAT AMERICAN INSURANCE GROUP. | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF, for his cause of action against Defendant, states as follows:

## COMMON ALLEGATIONS

1. At all times material hereto, Plaintiff Kenneth Lynch was a resident of New Hampton, in Chickasaw County, Iowa.

2. At all times material hereto, Defendant Great American Spirit Insurance Company (herein after referred to as Great American), was an insurance company doing business in the state of Iowa.

3. At all times material hereto, Plaintiff Kenneth Lynch was the operator of a 2015 Freightliner bearing vehicle identification number 3AKJGHDV4FSGH4322.

4. At all times material hereto, JMS Trucking Inc. permanently leased the Freightliner described in paragraph three (3) to Plaintiff Kenneth Lynch.

5. At all times material hereto, Plaintiff had full consent and permission from JMS Trucking to operate the vehicle described in paragraph three (3).

6. At all times material hereto, Plaintiff was an independent contractor for JMS Trucking.

7. At all times material hereto, JMS Trucking and Plaintiff Kenneth Lynch were parties to an Independent Contractor's Operating Agreement.

1

8. At all times material hereto, the Independent Contractor's Operating Agreement required JMS Trucking to provide and maintain an insurance policy providing coverage for work-related injuries.

9. At all times material hereto, JMS Trucking provided an Occupational Accident policy numbered OA3431279.

10. JMS Trucking entered a contract with Defendant Great American to provide Occupational Accident insurance coverage for the benefit of its independent contractors, including Plaintiff Kenneth Lynch.

11. Upon information and belief, JMS Trucking entered a contract with Great American to provide Occupational Accident Insurance in Cedar Rapids, Linn County, Iowa.

12. Plaintiff Kenneth Lynch was an insured under Occupational Accident policy OA3431279.

13. The Occupational Accident policy constituted a contract between Defendant Great American and Plaintiff Kenneth Lynch.

14. Occupational Accident policy OA3431279 provided temporary disability benefits and medical expenses related to occupational accidents.

15. JMS Trucking paid premiums to Defendant Great American for the benefit of providing Occupational Accident insurance to Plaintiff Kenneth Lynch.

16. On or about December 7, 2021, at approximately mid-morning, Plaintiff Kenneth Lynch was operating the vehicle described in paragraph three (3).

17. At the same time and place, Plaintiff Kenneth Lynch was under "dispatch" as defined by Occupational Accident policy OA3431279, because he was in route to pick up a load in response to being dispatched by JMS Trucking.

18. At the same time and place, Plaintiff was in an "accident" as defined by Occupational Accident policy OA3431279.

19. The "accident" described in paragraph 18 took place in Cedar Rapids, Linn County, Iowa.

20. At the same time and place, Plaintiff suffered an "injury" as defined Occupational Accident policy OA3431279.

21. At the time of the collision described in paragraph 18, Plaintiff Kenneth Lynch was under "dispatch" as defined by Occupational Accident policy OA3431279.

22. At the time of the collision described in paragraph 18, Plaintiff Kenneth Lynch was performing "occupational duties" as defined Occupational Accident policy OA3431279.

23. Plaintiff Kenneth Lynch filed a timely proof of loss with Defendant Great American.

24. Defendant Great American communicated its denial of coverage under the Occupational Accident policy via letter dated January 19, 2022.

25. The amount in controversy exceeds jurisdictional minimums.

## COUNT I – BREACH OF CONTRACT

Plaintiff Kenneth Lynch, for his cause of action against Defendant Great American, states as follows:

26. At all times material hereto, Plaintiff Kenneth Lynch was an insured under Defendant Great American's policy provided by JMS Trucking that included occupational accident coverage.

27. At all times material hereto, Defendant Great American was capable of contracting.

28. At all times material hereto, JMS Trucking was capable of contracting.

29. At all times material hereto, Plaintiff Kenneth Lynch was capable of contracting.

3

30. JMS Trucking entered into a contract with Great American to provide occupational accident coverage to its independent contractors, including Plaintiff Kenneth Lynch, while the independent contractors were performing services within the course and scope of contractual obligations for JMS Trucking.

31. All parties had a meeting of the minds regarding the policy's material terms.

32. Upon knowledge and belief, Plaintiff Kenneth Lynch fulfilled all his obligations under his agreement with JMS Trucking.

33. Upon knowledge and belief, Plaintiff Kenneth Lynch fulfilled all his obligations under the Occupational Accident Policy at issue.

34. Defendant breached the contract by denying Plaintiff Kenneth Lynch's claim for benefits under the Occupational Accident policy following the December 7, 2021, accident.

35. As a result, Plaintiff has, and will in the future, suffered damages including but not limited to physical injuries, medical bills, loss of earnings, and any other coverage provided by Occupational Accident policy OA3431279 at issue.

WHEREFORE, Plaintiff Kenneth Lynch prays for judgment against Defendant Great American in an amount that will fully, fairly and adequately compensate him for the injuries and damages resulting from this breach of contract, together with interest as provided for by law, the costs of this action, and such other and further relief as is just.

## JURY DEMAND

Plaintiff requests a jury trial on all issues triable to a jury.

*/s/ Emily Anderson*
Emily Anderson

**RSH LEGAL**
425 2nd St SE, Suite 1140
Cedar Rapids, IA 52401
Phone: (319) 365-9200
Fax: (319) 365-1114
eanderson@fightingforfairness.com
ATTORNEY FOR PLAINTIFF